**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01199-CR

### MARK MCCAY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-00694**

## ORDER

The Court **GRANTS** appellant's February 5, 2013 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE